IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

FRED JOHNSON
Case no. 1:18-cv-01963

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  August 22, 2025.

*/s/ William B. Curtis*
William B. Curtis, Esq.
Curtis Law Group
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone:  (214) 890-1000
Facsimile:   (214) 890-1010
Email: bill@curtislawgroup.com

***Attorney for Plaintiff***

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William Curtis